**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1270

———————

WOODROW W. WILLIAMS, JR.; GERALDINE J.
WILLIAMS,

                                    Plaintiffs - Appellants,

        versus

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOP-
MENT, Andrew Cuomo, Secretary; FEDERAL AVIA-
TION ADMINISTRATION, Linda H. Daschale, Admin-
istrator for Federal Aviation Administration,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-97-961-WMN)

———————

Submitted:  September 30, 1998      Decided:  October 19, 1998

———————

Before WIDENER and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Woodrow W. Williams, Jr., Geraldine J. Williams, Appellants Pro Se.
Earle Bronson Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Balti-
more, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Woodrow W. Williams, Jr., and Geraldine J. Williams appeal from the district court's orders (1) denying relief on their complaint in which they sought compensatory and punitive damages and the return of money garnished from Mr. Williams' federal salary and retirement pay, and (2) denying their motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. United States Dep't of Housing & Urban Dev.</u>, No. CA-97-961-WMN (D. Md. Nov. 25, 1997; Jan. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2